MARGARET CRAIN AND DAVID CRAIN

VERSUS

NATIONAL LIABILITY & FIRE INSURANCE COMPANY, ORLEANS SHORING, LLC AND DEREK J. HOBBS

\* NO. 2023-CA-0413

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\*

\* \* \* \* \* \* \*

PAB

**BROWN, J., CONCURS IN THE RESULT**